In the Matter of SEYMOUR L. BEEKMAN, on Behalf of Himself and Others Similarly Situated, Appellant, against PAUL ROSS et al., Constituting the Temporary City Housing Rent Commission of the City of New York, et al., Respondents.

Argued February 21, 1949; decided March 3, 1949.

*Leonard Kommel* and *M. Walter Solomon* for appellant.

*Seymour R. Thaler, Joseph Jay, Alfred Weinstein* and *Nathan W. Math* for Temporary City Housing Rent Commission, respondent.

*Marvin M. Notkins* and *Louis Alfred Schwartz* for Rothlev Realty Corporation, respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.